ther consideration in light of *Mu'Min* v. *Virginia,* 500 U. S. 415 (1991). 

No. 90–5387. GIDNEY *v.* CAMDEN COUNTY PROSECUTOR'S OFFICE ET AL. Super. Ct. N. J., App. Div. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Burns* v. *Reed,* 500 U. S. 478 (1991).

No. 90–6575. CHAVOUS, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR CHAVOUS *v.* BROWN ET AL. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Edmonson* v. *Leesville Concrete Co.,* 500 U. S. 614 (1991). 

No. 90–6633. HOPE *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hernandez* v. *New York,* 500 U. S. 352 (1991). 

No. — – ——. ALLEN *v.* ILLINOIS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – ——. KELLY *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – ——. IN RE DAVISON. Motion for reconsideration of application for admission to the Bar of this Court denied.

No. A–855. TAYLOR *v.* BEASLEY. Sup. Ct. Ill. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–870 (90–1771). CITY OF HENDERSON ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA (NEVADA ENTERTAINMENT INDUSTRIES, INC., ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.